# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
ANGELINE OSTERKAMP,                   *
                                      *
          Plaintiff,                  *
                                      *      No. 19-1137C
v.                                    *      Filed: August 12, 2019
                                      *
UNITED STATES,                        *
                                      *
          Defendant.                  *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of pro se plaintiff's complaint. Plaintiff submitted the complaint to the court without paying the requisite filing fee or submitting a completed application to proceed in forma pauperis. As a result of this failure, the above-captioned case is **DISMISSED**, without prejudice.

IT IS SO ORDERED.

_____
MARIAN BLANK HORN
Judge

7018 0040 0001 1393 4694